INMATE '17/8/22 A 61D011013714 31190
'17/8/22

**RECIEVED**
UNION CORRECTIONAL INSTITUTION

NOV 2 0 2017

BY: _____
FOR MAILING

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DENNIS DEAN COOPER,
#B-046499

v.

DEPARTMENT OF CORRECTIONS
CORIZON INC.
DR. L. MELENDEZ,
DR. J. AVILES,
DR. R. LaFONTANT,
CENTURION OF FLORIDA LLC.

                                        /

CASE NO: 3:17-cv - 1316 - J -34JRK
(To be supplied by Clerk's Office)

2017 NOV 21 PM 12: 05

FILED

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. <u>PLACE OF PRESENT CONFINEMENT:</u>  Union Correctional Institution, P. O. Box 1000, Raiford, Florida 32083.

II. <u>EXHAUSTION OF ADMINISTRATIVE REMEDIES:</u>  Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. §1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

    Yes, I have exhausted Administrative Remedies. See Exhibit "A."

III. <u>PREVIOUS LAWSUITS:</u>

    A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  No.

    B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  Yes.

    C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

    1. Parties to previous lawsuit:

    Plaintiff(s):  Dennis Dean Cooper, B-046499

1

INMATE '17/8/22 A 61D01101371431190
'17/8/22

Defendant(s): Dept. of Corrections, Corizon Inc., Dr. L. Melendez, Dr. J. Aviles, Dr. R. LaFontant, Dr. M. Roura, W. Wisham, Centurion of Florida LLC.

2. Court (if federal court, name the district; if state court, name the county): Middle District of Florida – Jacksonville Division.

3. Docket Number:   Case No: 3:17-CV-288-J-34 JBT.

4. Name of Judge:   Marcia Morales Howard

5. Briefly describe the facts and basis of the lawsuit:   Violation of the 8th U.S.C.A. Deliberate Indifference.

6. Disposition (was the case dismissed?  Was it appealed?  Is it still pending?): Dismissal without prejudice.

7. Approximate filing date:   March 13, 2017.

8. Approximate disposition date:   April 21, 2017.

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify these suits below by providing the case number, the style, and the disposition of each case:
   Case No: 3:17-CV-288-J-34 JBT   Dismissal without prejudice.  None other.

IV. <u>PARTIES:</u>  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank.  Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section.

A. Name of Plaintiff:        Dennis Dean Cooper
                             P.O. Box 1000   K-3104 #046499
                             Raiford, Florida 32083

B. Additional Plaintiff(s): _____

_____

_____

   Not applicable.

   In Part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names , addresses, positions, and places of employment:

2

NMATE '17/8/22 A 61D01101371431190

INMATE '17/8/22 A 61D 0110137 14 31190
'17/8/22

| | |
|---|---|
| C. Defendant:<br>Mailing address: | Department of Corrections<br>501 S. Calhoun Street,<br>Tallahassee, Florida 32399-2500 |
| Position: | Prisons |
| Employed at: | State of Florida |
| D. Defendant: | Corizon Inc. |
| Mailing address: | c/o Mr. Greg A. Toomey<br>The Toomey Law Firm<br>The Old Robb & Stuckey Bld.<br>1625 Hendry Street, Suite 203<br>Fort Myers, Florida 33901 |
| Position: | Health Care Provider |
| Employed at: | D.O.C. |
| E. Defendant: | L. Melendez, M.D. |
| Mailing address: | 12647 Olive Blvd.<br>St. Louis, Missouri |
| Position: | Physician |
| Employed at: | U.C.I.   Corizon Inc. |
| F. Defendant: | J. Aviles, M.D. |
| Mailing address: | 12647 Olive Blvd.<br>St. Louis, Missouri |
| Position: | Physician |
| Employed at: | U.C.I.   Corizon Inc. |
| G. Defendant: | R. LaFontant, M.D. |
| Mailing address: | 12647 Olive Blvd.<br>St. Louis, Missouri |
| Position: | Physician |
| Employed at: | U.C.I.   Corizon Inc. |

3

INMATE '17/8/22 A 61D 0110137 14 31190

INMATE '17/8/22 A 61D011013714 31190
'17/8/22

| | |
|---|---|
| H. Defendant: | Centurion of Florida, LLC. |
| Mailing address: | Paddock Park Professional Center<br>Building 700, Suite 701<br>3200 S. W. 334th Ave.<br>Ocala, Florida 34474 |
| Position: | Health Care Provider |
| Employed at: | D.O.C. |

V. <u>STATEMENT OF CLAIM:</u> State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Deliberate Indifference to a serious medical need resulting in permanently damaged internal organs (heart) in violation of the 8th U.S.C.A.

Deliberate Indifference demonstrated by unnecessary and lengthy delays resulting in worsening my condition beyond repair in violation of the 8th U.S.C.A.

Repeated demonstrations of deliberate indifference to my serious debilitating pain and suffering in violation of the 8th U.S.C.A.

## GLOSSARY TO AND EXPLANATION TO SEC. VI STATEMENT OF FACTS

I beg the Court's indulgence to allow me this opportunity to describe the conditions that will, I hope, clarify the following seven months of my ordeal.

My original medical problem involved heart beat rates of eighty plus beats per minute constant, without slowing down. The slightest exertion caused increases in heart beat rate which required more air (shortness of breath) making me lightheaded and dizzy with muscle fatigue and aches. I was fired from my Library job assignment because I could not deliver books, the simple pushing of a small, wheeled cart.

To abridge this explanation for future clarity the Term "Symptoms" will be used.

The Term "Worse Symptoms" will be used to abridge the following explanation. A heart beat rate of one hundred and twenty beats per minute and more which increases with the slightest exertion which demands a very fast breathing rate (more than 15 breaths per minute) almost hyperventilation accompanied by increased muscle aches and fatigue, headaches. This was an

4

,INMATE '17/8/22 A 61D 01 10 13 71 43 11 90
'17/8/22

almost constant condition.

The Term "S.O.B. Attack" (shortness of breath) explains a very high rate of Breathing and heart Beat Rate. This attack demands total concentration on breathing as fast as possible and still controlling the intake and full exhalation of air to alleviate my drowning sensation of suffocation. Shortness of Breath – S.O.B.

If I do not or cannot catch my breath my heart stops and Intense painful pressure builds causing unconsciousness making me lose control of my bodily functions such as bladder and bowels. This would happen if I went to sleep or lost concentration on breathing.

The Term "Medical Emergency" will be used to take the place of the following explanation.

Declaring a Medical Emergency requires the Dorm Officer to notify Medical Staff, who come to the dorm to determine the level of care required. My Worse Symptoms" and S.O.B. Attacks" are enough to have me rushed in a wheel chair handcuffed and escorted to the U.C.A. *Clinic. The first time at night this was done a Medical Tech. connected me to a Oxygen Tank with plastic tubes in my nose, when I asked him to turn on the air he laughed at my request and that was the last time I allowed them to block my nose with plastic denying me the air I am so desperately trying to get. If my breathing rate went below fifteen per minute I would have a "S.O.B. Attack." The thousand yards between my dorm and the urgent care area usually took about twenty minutes to reach the U.C.A. Nurses Station. I only declare a Medical Emergency when in extreme pain and in fear of losing my life.

My original complaint took two sic-calls before being acknowledged as needing a doctors determination that a Real Life threatening problem existed. These delays are Policy for Sick-Calls. The Doctor, Mr. Rodriguez believing Hyperthyroidism ordered a blood test that stated categorically Thyroid dysfunction on August 1st, 2013.

I am suffering "symptoms," unable to work or even walk without increased distress and shortness of breath and dizziness. After almost a six weeks delay, Dr. Rodriguez on September 10, 2013, orders an URGENT referral to be examined by a Specialist Doctor, a Qualified Thyroid Endocrinologist which takes another three weeks of delay and suffering. I am seen by Dr. Roura the Endocrinologist at R.M.C. at Lake Butler on Oct. 2, 2013 who diagnosis claims Hyperthyroidism meaning my thyroid is producing hormones that are causing my high rate of metabolism. This diagnosis is later proven to be wrong which caused me much unnecessary pain

5

and damage. Dr. Roura stated I needed to destroy my thyroid with a Radiation treatment (I-131) to stop it from causing the imbalance of hormones responsible for my disabling distress and suffering and radical weight loss.

On October 16, 2013 after two more weeks of delay, being transported in a 7-seated Van, shackled with waist chains and crammed with 10 other inmates for the hour trip from Union Correctional Institution at Raiford, Florida to R.M. Center at Lake Butler, Florida I am seen by Dr. Roura and told Corizon refused to pay for the treatment was why I was not being treated with the Radiation I-131. I was informed by Dr. Roura that he would again put in the order for my treatment and that it was out of his hands and I would be rescheduled.

On November 6, 2013 I'm again similarly transported to R.M.C. Another two weeks delay. By Policy Security prohibits me from being informed when an appointment is scheduled. I am only told I will be scheduled for a future consultation or treatment. After this further two week delay still suffering and debilitated by my treatable Infirmity, I am finally provided with this treatment for my Diagnosed Hyperthyroidism with a Radioactive pill that I am told will destroy my malfunctioning thyroid which will cure my suffering and symptoms. After this treatment I am told by Dr. Roura I will be seen again by him after I take the medication he prescribes for a few weeks and a blood test to determine the required follow-up adjustment that may be needed for my hyperthyroidism. This treatment (the Radiation) and no work pass, the medication Methmizole 10 mg. did nothing to alleviate my distress, suffering or my impairment. In fact, my distress, suffering and impairment steadily increased continually since my original July Sick-Calls.

My Medical Records do not reflect nor do I recall being examined or seen by Dr. Melendez on December 30, 2013. Only after filing grievances and being denied formally by the Department of Corrections did I request my Medical Records and learn that Dr. Melendez was the Dr. that changed my medication and that my Appointment to see Dr. Roura was never provided and not just cancelled but ignored purposely by the Union Correctional Medical Staff and Corizon employees.

This being the first blatant refusal to provide Doctor ordered follow-up examination by the Specialist, an act that custom requires Institutional employees to follow to save money and impose delays causing cruel and unusual punishment suffering and ultimately permanent physical damage by this DELIBERATE INDIFFERENT Action.

INMATE '17/8/22 A61D0110137143119O
'17/8/22

This pattern of repeated delays and coordinated refusals to provide needed Specialist Doctors exam and diagnosis hampered by Job or Career endangerment decisions hinges purely on the cost of qualified treatment. Mirrored in Health Care Providers Contracted Agreement, accepted by Department of Corrections, this written Policy of not allowing prison patients access to a Doctor by the Sick-Call procedures that require Medical Technicians to approve Doctors examinations only on the third Sick-Call Request for treatment that could stop the suffering. These unqualified personnel are encouraged to only provide the bare minimum of treatment by written instructions. These Medical Technicians are quick to offer inane advice and or non-prescription items or just plain refusals to acknowledge any medical need to actually be examined by a higher paid General Practitioner prolonging the suffering, increasing the time that complications can compound the severity of the original complaint.

A reasonable conclusion of Deliberate Indifference to a clear and present need for treatment are the actions of the less qualified U.C.I. Doctors when they did not permit me to be examined by the Endocrinologist Specialist who had already began treatment with Radiation, who ordered a follow-up examination by him with blood test results which had not been provided as ordered by the Endocrinologist Specialist for December 18, 2013.

They Doctors L. Melendez, J. Aviles, R. LaFontant took it upon themselves to change my medications ineptly doing more harm causing more toxicity to my already imbalanced hormones while ignoring protocol of honoring a Specialist treatment plan showing no concern for my debilitated condition or my suffering. These so-called-Doctors deliberately delayed providing qualified treatment by prescribing poisonous medication to act as if I was receiving seemingly adequate care by these custom following job scared individuals.

My Medical Records show Dr. Roura's order for a follow-up exam with blood test results with him for December 18, 2013. This Medical Document was not honored until February 19, 2014 and then only because my health had deteriorated to a point that I felt as if I was dying and the Thyroid storms were becoming so bad heart failure was imminent and my condition was finally acknowledged as an emergency need.

These Doctors custom of delaying referrals by trying any half-way defendable excuses to not provide expressive curative diagnosis and treatment by Specialist who are customarily the only Doctors who will order actual treatments and not just Tylenol or Antacids or some other non-curative placebos that can delay needed treatment until the health care providers contract is

7

INMATE '17/8/22 A61D0110137143119O

INMATE '17/8/22 A 61D0110137 14 31190
'17/8/22

ended and the costs are kept to a minimum by these customs.

These customs are written Contractual Policy where Sick-Call procedures are outlined. To see a Doctor an Inmate who is not displaying to the Medical Technician determining an emergency condition must repeatedly go on Sick-Call three times before he can be examined by someone qualified to determine if more treatment is needed.

This policy is mirrored by the Doctors custom of refusals and delays. Totally indifferent to an Inmates pain, suffering or causual needs to see Specialists by these customs. Only in this prison, Department of Corrections environment is the Hate of Inmates and the Ill Will toward felons acted upon to spite them by mistreatment of human beings that would not be tolerated in any other Medical facility.

Failing to afford me the urgent and emergency follow-up exam ordered by the Endocrinologist for December 18, 2013 by a scheduler and afterwards the lesser qualified medical providers ignored purposely the same unfulfilled follow-up Consultation Order clearly shows a pattern perpetrated to uphold the detrimental Policy and Customs to delay Specialist recommendations and referrals.

This Policy continues to deny needed timely treatment and diagnosis extending the suffering and ultimately endangers lives mine and other prisoners that Medical Records and Grievances and Case suits will support claims of negligence, malpractice, cruel and unusual punishment and Deliberate Indifference ultimately even wrongful death events which would not occur if we were not discriminated against because of being prisoners in the custody of the Department of Corrections who under the color of the _flag cooperates with its hired Health Care Providers to lower the cost of treatment by it's INACTIONS when notified in writing by grievances and its actions of refusing to investigate or grant the remedies that these reported negligence's demand by just denying Formal Grievance or like my case before this Court the patient gets so helpless he must be rushed to an outside hospital because he has been so abused and neglected for months that he dies and has to be put on life support for 52 minutes and wait days for the poisons prescribed to him to leave his blood stream and after two years of repeatedly asking to see an endocrinologist and not allowed to begs this Court to allow a Jury to decide who they will believe.

The best documented example of the Doctors' ill-will and Indifference to my receiving proper medical treatment is the fact that their orders did not make allowances for my disabilities

8

INMATE '17/8/22 A 61D0110137143 1190
'17/8/22

or continuing suffering by not renewing the "NO WORK PASS" Order originally prescribed by the Endocrinologist which would end before my next ordered review expecting me to suffer without any concern by them. Their displayed actions consistently enforced their continuing delaying tactics to conform to the custom required by Corizons Sick-Call policies of doing as little as possible and always put off whatever can be extended with minimal cost and not advancing the care or Specialist examinations by delays. These deliberate acts of ignoring my obvious suffering and distress by manipulating, the incorrectly diagnosed Hyperthyroid medications one Dr. lowering it then others raising it clearly showing the only concern was their job security not my need to be returned to the more expensive Specialist previously ordered Follow-up examination.

The proof of Deliberate Indifferences are displayed by the repeated refusals of the Doctors here at U.C.I. to honor the Endocrinologist order for a follow-up examination by him after a Radiation treatment for a dysfunctional thyroid.

These denials of a Specialists order become an obvious pattern of the unwritten instructions of Policies for Medical personnel to delay referrals to the more expensive Specialist. Doctors here at U.C.I. will provide and recommend Blood Tests, Sonograms, X-rays, Medications that take months to determine that a Specialist is finally and unquestionably required to determine and decide to give an effective life saving remedy. And this is only provided if the inmate repeatedly complains by going on "Sick-Call" Requests which by Corizon's Contract does not allow an Inmate to be seen by a General Practitioner Doctor until after the third Sick-Call.

I had to go on Sick-Call twice before I was allowed to be examined by a Doctor and only because my symptoms dizziness, shortness of breath, heat beat rate of 90 beats per minute were finally determined by a Medical Technician to be severe enough to require someone to advance me to a higher level to determine  I needed care doing nothing to alleviate the pain I was suffering at that moment.

The Doctors that refused to honor Dr. Roura the Specialist in thyroidal treatments order for a follow-up decided to ignore proper medical practice and the suffering that was obvious to any observer and do what was more beneficial to their Job security and follow the long standing custom a practice of not recommending a Specialist Diagnosis and Referral before trying delaying tactics of changing medications that take weeks to determine effectiveness totally

9

INMATE '17/8/22 A 61D0110137143 1190

indifferent to the suffering of the Inmate who must continue to suffer if this experiment doesn't work, because of an unqualified Doctor's indifferent guesses. The Doctors actions speak as clearly as confessions.

Only after my declaration that I was going to file an Emergency Medical Grievance did the decision to have the Specialist's follow-up Emergency Order Referral honored occur, and the admitted Thyroid Storms which are Life threatening Illnesses finally have a chance to receive curative Diagnosis and actual treatment.

It cannot be a Medical Decision to not allow a follow-up exam that has been ordered by a more qualified Specialist – that decision has already been decided.

The only decision that the U.C.I. Doctors decided was to deny me proper Medical Care which endangered my life by ignoring the Thyroid Storms that put excessive damaging strain on my heart's muscles and valves starving my overall body of oxygen which caused pain and sleeplessness, fainting, loss of bodily functions, mobility by wheelchair only because they prefer Inmates to suffer before jeopardizing their jobs if they don't follow custom and delay as long as they possibly can. This practice would not happen to non-prisoners.

---

* U.C.A. Urgent Care Area, similar to an Emergency Room (E-R).


VI   A. **STATEMENT OF FACTS:**  State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner.

1. Name and position of person(s) involved.

2. Date(s).

3. Place(s).

4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.

5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s).

> 1. Corizon Inc. Contract Medical Provider to Florida D.O.C.
> 2. August 1st through December 30th, 2013.
> 3. R.M.C. (Reception Medical Center) Lake Butler, Florida; U.C.I. (Union Correctional Institution) Raiford, Florida.

10

4. Suffering "Symptoms" my ordered blood test reveals Thyroid Dysfunction 8/1/2013.

On September 10th, 2013 an Urgent Consultation Request to see the Endocrinologist was ordered by Dr. Rodriguez at U.C.I. This first example of delay (6 weeks) substantiates the charge of Deliberate Indifference by showing the fulfilling the custom of putting off actual referrals and treatments even when considered urgent by the attending doctor.

This Urgent appointment took three more weeks to occur on October 2nd, 2013. At this date Dr. Roura ordered radiation treatment, an I 131* to destroy Thyroid gland on October 16, 2013 this treatment was not provided. Dr. Roura reordered Radiation Treatment for November 6, 2013. Another three week delay with "Symptoms" continuing, diagnosed hyperthyroidism severe Graves disease. This second delay consisting of 5 weeks before seeing the Specialist conforms to the custom of ignoring my suffering and urgent Medical needs, compounded when the Specialist Orders Treatment that is denied and then finally granted after another three weeks delay because payment was not provided by Corizon's custom of delaying tactics to save money.

* Iodine 131 Radiation Treatment.

On November 6, 2013 Radiation Treatment administered, Methimazole 10 mg. and 90 day, No Work Pass prescribed, follow-up visit with a December 9th, 2013 Blood work results ordered for December 18th, 2013, was not provided by the Contracted Health Care Provider, Corizon. This actual denial of treatment ordered for December 18, 2013 by Dr. Roura the Specialist who oversaw the administering of the Radiation Treatment again shows the Deliberate Indifference to an obvious medical need by this custom of curtailing any contacts with Specialist at the patients expense in pain, suffering, and actual physical damage.

5. The delays and refusal to provide timely treatment then not permitting the follow-up Dr.'s appointment ignores and extends my "Symptoms" and the accruing damage that went to my physical and mental stresses constantly hoping my medical needs will be addressed.

VI. B.
1. Dr. Melendez, Corizon Inc.
2. December 30, 2013
3. U.C.A. (Urgent Care Area) equivalent to an E.R.
4. Dr. Melendez assumes responsibility by not ordering the follow-up examination by Dr. Roura the Endocrinologist (Thyroid Specialist). Notes the continuing Hormonal Imbalance, reduces the Methimazole by 5 mg. which is actually detrimental and the opposite to what I really need which is Levothyroxine. Then with total disregard to my suffering, "Symptoms" sets me off for a check-up two months away. Denied proper follow-up with Dr. Roura. More delays. This further 12 day delay after not being allowed to be examined by the attending Specialist shows Dr. Melendez's conforming to custom by not insisting that the more qualified Endocrinologists

11

INMATE '17/8/22 A 61D0110137 14 31190
'17/8/22

written prescription be enforced. This act was not based on a Medical Void it was a decision purely based on Job Security by following custom of delays and putting off actual needed treatment by Specialists.

5. My "Symptoms" continue unalleviated, the damage to my overall health accrues especially to my ever increasingly overtaxed heart which is increased by the wrong medication (Methimazole) and uncaring delay.

VI. C.
1. Dr. J. Aviles, Corizon Inc. by phone.
2. January 25-26, 2014.
3. U.C.A. Clinic  U.C.I. Raiford, Florida.
4. Declared "Medical Emergency" "Worse Symptoms" and repeated "S.O.B. * Attacks" 124 Heart Beats per minute 24 breaths per minute.  AN EKG showed Abnormal.  Blood work ordered. Dr. Aviles did not renew Consult with Dr. Roura, did nothing that reduced or alleviated my extreme distress, pain and suffering.  No Doctor examination. The same as VI. F.
   *S.O.B., shortness of breath.

5. These "Worse Symptoms" untreated ignored by NO referral to see specialist ensured continued damage by the physical demands of my Heart Rate which barely diminished at rest, a heart CANNOT beat continuously at that rate and not incur damage or feel pain because of the constant strain. The mental fear of dying unrelieved is so all encompassing a finite categorizing of this fear is impossible.

VI. D.
1. Dr. J. Aviles, Corizon
2. January 28, 2014
3. U.C.A. Clinic  U.C.I. Raiford, Florida
4. Dr. Aviles examines me, my Symptoms are "Worse Symptoms" Heart beat rate 139, breaths, 18 per minute. Dr. Aviles notes my severe Graves Disease.  Severe Hyperthyroidism and does not refer me to specialist.  Changes medications increasing Tapazol / Methimazole to 10 mg. (the wrong medication). More delays without easing my continuous distress and suffering. The same as VI. F.
5. More of the same as above on January 25-26, 2014. Damage still accruing.

VI. E.
1. Dr. R. LaFontant, Corizon, D.O.C.
2. February 3rd, 2014
3. U.C.A. Clinic  U.C.I. Raiford, Florida
4. Declared "Medical Emergency" with "Worse Symptoms" impossible to ignore.  The attending

12

Dr., R. LaFontant notes abnormal EKG, New blood work and Hormonal Imbalances, hyperthyroidism. Dr. LaFontant increases the Methimazole by 5 mg. the wrong medication that shows his unqualified diagnosis and fails to refer me to the pre-ordered follow-up by Dr. Roura, the Thyroid Specialist, following custom of delays and not granting referrals. Doctor Lafontant's act conforms to the practice of delays even though Doctor Lafontant was aware as any licensed Ph.D. must be that Thyroid Storms are Life Threatening requiring Emergency actions. The ignoring of Doctor Roura's treatment order to be returned to R.M.C. so an examination follow-up of the Radiation exposure by a Specialist Endocrinologist Doctor Roura's himself goes against protocol and Methodology and against a higher qualified medical decision that had already been ordered.

Doctor Lafontant's act conforms to the practice of delays even though Doctor LaFontant was aware as any licensed Ph.D. must be that Thyroid Storms are Life threatening requiring Emergency Actions. The ignoring of Doctor Roura's Treatment order to be returned to R.M.C. so an examination follow-up of the Radiation exposure by a Specialist Endocrinologist Doctor Roura's himself goes against protocol and Methodology and against a higher qualified medical decision that had already been ordered.

Doctor Lafontant's actions are clearly Deliberate Indifference as shown when he finally completes the Referral Form Dr. Roura initiated 11/13/2013 on 2/ 19 /2014 when my repeated Emergency visits and my notification to him of my filing a Formal Grievance to get some treatment that would ease my suffering left him no logical choices for more delays in sending me to, a Specialist that is frowned upon by Corizon's Administrators.

5. Dr. LaFontant ignored my pain and suffering did nothing to alleviate life threatening condition or accruing damage to my heart's overtaxed, oxygen deprived, dying struggles. At that Medical Emergency.

VI. F.

1. Dr. Aviles, Corizon, D.O.C. , Dr. Melendez.

2. February 12-13, 2014.

3. U.C.A. Clinic  U.C.I. Raiford, Florida

4. Dr. Aviles and Dr. Melendez continued to do nothing when confronted with "Medical Emergency's" with unconscious fall and "Worse Symptoms" and "S.O.B. Attacks" No immediate care is rendered. More observations and delays by following customs. Dr. Aviles, finally after weeks of refusals to provide a previously ordered follow-up exam by a higher qualified Specialist in Endocrinology, who had already administered a Radiation treatment, did allow on 2/14/2014 Record Discrepancy requested 11/13/2013 at 10:40 A.M. the previously written Appointment of 11/13/2013 for a 12/19/2013 examination. This only occurring after "I" warned of my filing a Formal Emergency Medical Grievance to the Warden before 2/14/2014 10:40 A.M. before returning to the dorm because Medical would do nothing to relieve my suffering at 11:15 A.M.

INMATE '17/8/22 A 61D0110137143 1190
'17/8/22

Dr. Aviles confirmation that I needed to be examined by Dr. Roura the Endocrinologist shows that the shuffling of me back and forth between (3) three different Dr.'s who in their coordinated efforts to comport their delaying tactics of lowering then raising medications following the custom, of putting off as long as cosmetically permitted with no concern and Deliberate Indifference to my pain and suffering, that their contractual Polices imply and custom requires.

These actions of lesser qualified Dr.'s were not medically motivated. Their decisions proven medically damaging chemically, physically and permanently were made because custom and Job Security forced these decisions and not proper Hippocratic Oath protocols to do no harm which they clearly have propagated in their spiteful actions.

5. Continued suffering, continuing accrued damage to over worked and straining heart and fear for actual life.

VI. G.

1. S. Rossitee  Assistant Warden, representative of D.O.C.  at U.C.I.

2. February 15, 2014 through February 28, 2014.

3. U.C.I.  Raiford, Florida.

4. I filed a Formal Request for Administrative Remedy to the Warden of U.C.I. claiming I needed Emergency Medical Treatment. "I felt like I was dying. Can you please help me."

This plea was not acted upon. My dilemma was delegated uncaringly to a lower echelon who also ignored the magnitude of the Life threatening lack of medical actions I was having to endure. The Warden had at least a week to try to stop U.C.I.'s Medical personnel's indifference to a clear medical need, before I was rushed by Ambulance to an outside hospital.

D.O.C.'s custom of supporting Medical's actions even though brought to their attention is clearly demonstrated by Assistant Warden's Response. Accepting Dr. LaFontant's assurances even though eleven days had passed without any intervention or even investigation to this declared Medical Emergency clearly shows Deliberate Indifference and their only concern was following custom waiting till the last day to answer grievances with denials even though actually being provided what was asked for because my health became critical and non-action would have been considered criminal negligence and wrongful death.

This Formal Grievance denial hinges with VI. K.

5. Continued suffering, continuing accumulated damage to an over worked and straining heart, the mental fear of dying with no help coming from the authorities responsible for my reasonable well being and health care.

VI. H.

1. Corizon, D.O.C.

2. February 19-24, 2014.

3. R.M.C.  Lake Butler, Florida;  Union Correctional Institution.

14

4. Dr. Roura corrects his misdiagnosis.  The <u>Hyperthyroidism</u> is now <u>Hypothyroidism</u> and the medication is changed from Methimazole 15 mg. prescribed for Hyperthyroidism to Levothyroxine 75 mcg. Which is to aid <u>Hypothyroidism.</u>

Dr. Roura ignores the blatantly obvious <u>"Worse Symptoms"</u> I am still exhibiting and the records, blood work and Dr.'s observations.  Does nothing to correct my extremely imbalanced Euthyroid condition allowing the Thyrotoxicosis Factitia, Hyperthyroidism free reign to Life threatening Thyroid storms that he could have prevented with immediate emergency treatments.

The prescribe medication 75 mcg. Of Levothyroxine was not provided by Department of Correrctions or by Corizon's staff. This violation of contractual policy that requires no more than one day of delay took four days of life endangering Thyroid Storms. This rampant delaying custom is inhumane and so mundane employees joked about my not getting treated as good as their pets.

5. The next five days of my constant suffering <u>"Worse Symptoms"</u>, <u>"Medical Emergency"</u>, <u>"S.O.B. – Attacks"</u> Mental fear and anxiety and the built up physical damage to my heart and body.

VI. I.
1. Corizon Et. Al.  D.O.C.  Et. Al.
2. February 22, 2014 through February 24, 2014.
3. U.C.I.  U.C.A.  Clinic Raiford, Florida.
4. Declared <u>"Medical Emergency"</u> <u>"Worse Symptoms"</u>, <u>"S.O.B. Attacks"</u> Blood Pressure 72 / ? 60/ ? Pulse 128, Breaths per minute 30, still no prescription of Levothyroxine 75 mcg over three days waiting.

These combined acts by D.O.C. and Corizon show their entrenched routines to follow the customs of not providing medications promptly as ordered by prescriptions, of not providing medical care until an Inmate is at death's door which would end further costs.

By my not receiving actual treatment, by delaying effective care the Thyroid Storms continued extending my suffering and tortured breathing, my heart's failing attempts because of the chemical imbalances unrelieved by lack of proper medication leading to 20% heart function and Life time required defibrillator to keep me alive at a very measurable diminished capacity.
5. Continued suffering, continuing to accumulate damage to my over worked and straining heart and the mental fear of dying with no help coming from any of the medical personnel I am dependent upon.

VI. J.
1. Dr. Aviles, Dr. Melendez, Dr. LaFontant, Corizon, D.O.C.  Et. Al.
2. Memorial Medical Center, Jacksonville, Florida.
3. February 24, 2014 through March 7, 2014.
4. On 2/24/2014 at approximately 23:10 PM I suffered Cardiac Arrest and (54) fifty-four minutes of critical care. Because of a significantly abnormal TSH Level of 40.6.  Further interventional

15

, INMATE '17/8/22 A 61D011013714 31190
'17/8/22

therapy could not be administered until I was rendered Euthroid. The continued asystole episodes caused cardiac ischemia further damaging the heart and the repeated syncope episodes dysfunction of the brain which was almost completely attributed to the Thyrotoxicosis Factitia Hyperthyroidism and the Thyroid Storms. The (culmination) combined acts of delays by incrementally raising and lowering medications that proved poisonous, by not following prescribed protocol to enforce exam by a Specialized Endocrinologist who was the attending Supervising Authority who ordered the needed follow-up treatment following an administered Radiation exposure. These Acts show categorically that the aforementioned Defendants chose to follow custom and not proper Medical routine totally ignoring their patient's deteriorating health and Life threatening Thyroid Storms just so their Job Security would not be jeopardized by going against custom.

5. The overall treatment or lack thereof by the above named, Medical Care Providers induced the need for a Defibrillator implanted in my damaged heart. D.O.C. encouraged it by not supervising properly allowing Corizon free actions or inactions and delays that ultimately caused measurable damages, the need of a defibrillator's life threatening surgeries to implant it and monitor it every three months.

VI. K.

1. D.O.C., Corizon, Et. Al., Centurion of Florida L.L.C. is the private contractor that replaced Corizon.

2. March 7th, 2014 to now.

3. Union Correctional Institution, Raiford, Florida.

4. On March 7, 2014 upon my discharge from Memorial Medical Center, Jacksonville, Florida, Dr. H. R. Chang the Primary Care Physician ordered a follow-up with Endocrinologist in six (6) weeks, this was not provided by any of the Defendants.

Since then, I have repeatedly asked to see a Thyroid Specialist (Endocrinologist) these pleas have gone unfulfilled. The Doctors here at U.C.I. have written referrals which have been ignored. When I have complained about my doubts and fears about my physical problems concerning the medications, these Drs. Continue to change my Thyroid medications causing increases in my hormonal imbalances which originally caused my damaged heart and my having to live with a Defibrillator. I am afraid to complain again. I can not trust these Medical Providers to do what needs to be done, because of their past life threatening decisions to not allow me to be examined by a qualified Specialist M.D.S. My Grievances have been denied because D.O.C. Officials refuse to and will not understand that their conduct is also deliberately indifferent to my medical needs.

The Grievance denials refer to Rule 33-103 and that my Grievances addresses more than one issue.

My Grievances encompass many instances where my medical needs are not addressed correctly and my pain and suffering and actual life threatening damage was occurring and delaying steps where the only actions taken, deliberately indifferent to acknowledged medical

16

needs. The other instances are still occurring but my Thyroid condition and it's mishandling is so blatantly obvious and clearly ongoing that it is proving to be of utmost importance in proving my claim.


## D.O.C.'s and CORIZON

The Department of Corrections "D.O.C." continues to practice the custom of denying Grievances by refusing to acknowledge issues that need to be rectified. My attempts to inform the State authorities of the practices proliferated by Corizon and Centurion that customarily cause more suffering by delaying treatment and refusing to provide Dr. ordered referrals are ignored and denied. The D.O.C.'s contracting a Health Care Provider does not alleviate them from the responsibility of providing proper Health Care and not inflicting cruel and unusual pain and suffering by this escape goat. The practice of D.O.C. asking its Health Care Providers if they are providing adequate care is inexcusable when those lack of services are proven to be Life endangering and damaging.

D.O.C. is guilty of Deliberate Indifference by following the custom of Denials of Grievances even when they are in fact granted by finally producing remedies that were asked for. This practice is so inherent that the actual facts of the complaints are deliberately ignored with total Indifference of the consequences the Inmate will suffer by the Administrations inactions and customary delays and waiting till the last day to respond if a response is given or weeks or months late.

D.O.C.'s Conflict of Interests "Cost verses Health Care of Inmates" forces the Administrators to turn a blind eye to the abuses of Inmates by it's employees the Health Care Providers, i.e. Corizon Inc. et. al. This custom is established by the repeated denials of complaints that have legitimate basis in the form of Grievances.


## D.O.C.'s and CORIZON'S
## DELIBERATE INDIFFERENCE

Is established by it's contract with Corizon to provide Health Care to Inmates.

It is well known that the costs of health care for Inmates of D.O.C. were causing a huge (Budget deficit) expenses in Florida's budget. Increasing with its aging Inmates.

D.O.C.'s deliberate action to limit the expenditures for Health Care, already knowing the costs required for minimal treatments by hiring Corizon to take the brunt for failure is clearly shown by what is now documented history.

Entering an agreement / contract to pay a limited amount well below what for years was a much higher expense to provide minimal health care shows D.O.C.'s foreknowledge that it would have to turn a blind eye to it's employees custom and practice of (Corizon's) deliberately

INMATE '17/8/22 A 61D011013714 31190
'17/8/22

inadequate  health care services suggests a collaboration that if proven would demand a charge of Conspiracy to Commit a Felonious Act. The Act of inflicting Cruel and Unusual Punishment, pain and suffering and in many cases permanent damage and even loss of life on its wards by its unethical inhumane practices.

The firing or quitting of Corizon confirms this allegation, the Law suits against Corizon clearly show its inability to provide Lawfully required Health Care Services.

The Name Change from Corizon Inc. to Centurion Inc. is pure window dressing.

The parent company remains the same and the practices and customs of delays denials of referrals by their own Doctors still reflect the Deliberately Indifferent Acts by its employees to delay and deprive inmates of obvious needed treatments of Life endangering infirmities.

Corizon's History of abuses are well documented and its practices to cut cost are paramount over providing timely services of health care.

5. My heart is still damaged and that damage continues to increase because of strain caused by the original Thyroid Storms and the required Defibrillator.

My fear of not receiving the medical care I need is real, constant and not diminished by the constant delays foistered off as medical treatments. My continuing shortness of breath and chest pains along with muscle cramps caused by my damaged heart's poor circulating ability and not being able to exercise adds to my diminishing health.

My life expectancy is continuously being shortened and I believe it is at least ten years shorter right now because of my Caretakers Actions.

18

INMATE '17/8/22 A 61D011013714 31190

INMATE '17/8/22 A 61D0110137 14 31190
'17/8/22

# RELIEF REQUESTED

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

A. Monetary Compensations for:

        1. Pain; past – present – future.

        2. Damage; Overall Health 10 year shortening of life.

        3. Damage; Heart.

        4. Damage; Mental Brain damage from lack of air.

        5. Damage; Psychological fear, Loss of sleep, worry and paranoia for future treatment.

        6. Suffering; Past – Present – Future.

$50,000.00 Individual decisions for inactions or no actions, IE; inexcusable delays and observation periods by Doctors and staff. Et. Al.

Medical Parole by the Department of Corrections Et. Al., 1,000,000.00 Corizon Inc. Et. Al.

        $200,000.00 Centurion of Florida, L.L.C. Et. Al.

B. To deter future misconducts and abuses and attitudes that deny and delay needed medical care Punitive Damages as above.

C. 1. Appointment of Counsel Due to being refused or not answered by five law firms refusal or complete lack of response.

        2. Jury Trial.

D. In the event of my premature and or wrongful death due to damage accrued due to my medical mistreatment being deliberately indifferent this and any future wrongful death claim benefits should go to my niece Kimberly Anne Carlson whom I declare is my only beneficiary of any and all worldly goods I may be entitled to or possess.

E. Replace the Heart they have damaged.

19

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this _20_ day of _November_ , 2017.

_____
(Signatures of all Plaintiff)

## IF MAILED BY PRISONER:

I declare ( or certify, verify, or affirm) under penalty of perjury that this complaint was (check one) _X_ delivered to prison officials for mailing or ___ deposited in the prison's internal mail on the _20_ day of _November_ , 2017.

_____
(Signatures of all Plaintiff)

20